**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of S.V.H., a child v. Department of Family and
Protective Services

Appellate case number:   01-19-01003-CV

Trial court case number: 2018-05569J

Trial court:             314th District Court of Harris County

Appellant, A.W.U. aka A.W.H., has filed an unopposed motion to extend time to file her brief in this priority appeal. Appellant's motion complies with the rules. *See* TEX. R. APP. P. 10.1(a), 10.5(b); *see also* TEX. R. APP. P. 10.3(a)(1), (a)(2). Accordingly, we **grant** appellant's motion. Appellant's brief is due on or before **February 4, 2020**.

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Date: January 30, 2020